Honorable Ronald B. Leighton

10-CV-05203-ORD

FILED _____ LODGED
_____ RECEIVED

DEC 1 5 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## UNITED STATED DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

MARK WAYNE CLARK
               Plaintiff,

    v.

PAT GLEBE, et al,
               Defendants.

NO. CV10-5203 RBL

STIPULATION AND AGREED
ORDER OF VOLUNTARY
DISMISSAL OF DEFENDANTS
ZANDER, MATTHYNSSENS, REED
AND KNUDSON

Plaintiff and defendants Zander, Matthynssen, Reed and Knudson hereby stipulate to dismissal of defendants Zander, Matthynssen, Reed and Knudson from this case with prejudice, with each side bearing its own costs and fees. This stipulation encompasses any and all claims raised, or that could have been raised, in plaintiff's Complaint against any and all current or former employees of Spectrum Health Systems, Inc. ("Spectrum") who were or could have been named as defendants in this matter, including any John or Jane Doe defendants referenced in plaintiff's Complaint, as well as Spectrum itself. Pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a), plaintiff Mark Wayne Clark, appearing *pro se*, agrees to dismiss his lawsuit against these defendants with prejudice in return for Spectrum, without any admission of liability, providing plaintiff with a letter regarding his involvement and discharge from the Odyssey program while he was incarcerated at the Stafford Creek

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 CAPITOL WAY SOUTH, SUITE 602
OLYMPIA, WA 98501
TELEPHONE: (360) 534-9960
FAX: (360) 534-9959

1  Correctional Center.  Therefore, as evidenced by the signatures below, the parties to this

2  stipulation knowingly, intelligently and voluntarily stipulate and agree to voluntary dismissal

3  with prejudice of plaintiff's claims against defendants Zander, Matthynssen, Reed and

4  Knudson in this lawsuit, and respectfully request the Court to enter the below Order dismissing

5  the claims against these defendants with prejudice, with all signing parties bearing their own

6

7  fees and costs.

8      SO STIPULATED AND AGREED:

9

10  MARK WAYNE CLARK, Plaintiff *pro se*          JEFFREY A.O. FREIMUND
                                                 WSBA No. 17385
11                                               Attorney for Defendants Zander, Matthynssen,
                                                 Reed and Knudson
12

13                     **AGREED ORDER**

14      The Court having reviewed the record herein, the above stipulation and agreement of

15  the signing parties, and being fully advised, now, therefore,

16      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's claims

17

18  against defendants Zander, Matthynssen, Reed and Knudson in this matter are hereby

19  dismissed with prejudice pursuant to the terms of the above stipulation and agreement of the

20  parties and FRCP 41(a), with each side responsible for its own fees and costs.

21      DONE this  15th day of December, 2010.

22

23                                               JUDGE RONALD B. LEIGHTON

24

25

26

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 CAPITOL WAY SOUTH, SUITE 602
OLYMPIA, WA 98501
TELEPHONE: (360) 534-9960
FAX: (360) 534-9959

1

2  Presented by:                                    Approved as to form; notice of presentation waived:
   FREIMUND JACKSON TARDIF
3  & BENEDICT GARRATT, PLLC

4                                                   MARK WAYNE CLARK
                                                    Plaintiff, *pro se*
5

6  JEFFREY A.O. FREIMUND
   WSBA #17384
7  Attorneys for Defendants Zander,
   Matthynssen, Reed and Knudson
8
   Freimund Jackson Tardif & Benedict Garratt, PLLC
9  711 Capitol Way South, Suite 602
   Olympia, WA  98502
10 Telephone: (360) 534-9960

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND AGREED ORDER              FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
OF DISMISSAL - - No. CV10-5203 RBL                711 CAPITOL WAY SOUTH, SUITE 602
- 3                                                      OLYMPIA, WA 98501
                                                    TELEPHONE: (360) 534-9960
                                                        FAX: (360) 534-9959