UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK WAYNE CLARK,

        Plaintiff,

   v.

PAT GLEBE, et al.,

        Defendants.

Case No.  C10-5203RBL

REPORT AND RECOMMENDATION

This action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  This case is before this Court on the parties' Stipulated Motion for Order of Dismissal (ECF No. 51).

Based on the parties' stipulation, and the Release and Settlement Agreement attached to the parties' Motion (see id., Release and Settlement Agreement, Exhibit 1), as well as the remaining record, the undersigned recommends that the Court GRANT the Stipulated Motion, and DISMISS WITH PREJUDICE this cause of action without costs or fees to any party.

REPORT AND RECOMMENDATION- 1

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **DISMISSED WITH PREJUDICE.**

Dated this 31st day of March, 2011.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2