DISTRICT JUDGE RONALD B. LEIGHTON

10-CV-05203-ORD

FILED RECEIVED LODGED

APR - 1 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK WAYNE CLARK,

    Plaintiff,

v.

PAT GLEBE, et al.,

    Defendants.

NO. C10-5203RBL

STIPULATED ORDER OF DISMISSAL

Pursuant to the settlement agreement of the Parties, which has been filed with the Court, it is hereby ordered that this action is dismissed with prejudice and without costs or fees to any party. This Court shall retain jurisdiction to enforce the terms of the settlement agreement in this action.

DATED this ___ day of April, 2011.

_____
for HONORABLE RONALD B. LEIGHTON