# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK WAYNE CLARK,

JUDGMENT IN A CIVIL CASE

v.

Case No. C10-5203 RBL

PAT GLEBE, et al,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Report and Recommendation is **ADOPTED**; and

(2) This matter is dismissed with prejudice and without costs or fees to any party.

| April 1, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk